IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IOWA

| | | |
|---|---|---|
| MELISSA MULLIN MONTANO, individually, and on behalf of her minor children, A.L.M., D.J.G., L.A.G., and D.J.W., minors, | ) ) ) ) ) | CASE NO.: 4:21-cv-71 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **NOTICE OF REMOVAL OF ACTION**<br>(From the District Court of Polk County, IA, Case No.: LACL149947) |
| CORY HENKEL, and BOYER LIVESTOCK TRUCKING, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**COME NOW**, Defendants, Cory Henkel, and Boyer Livestock Trucking, LLC, by and through their counsel, Engles, Ketcham, Olson & Keith, P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove to the United States District Court for the District of Iowa the above-styled action, currently pending as Case No. LACL149947 in the District Court of Polk County, Iowa (the "State Court Action"), and as grounds for removal, states as follows:

1. Plaintiff, Melissa Mullin Montano, individually, and on behalf of her minor children, A.L.M., D.J.G., L.A.G., and D.J.W., minors ("Plaintiff"), filed a Petition (the "Petition") in the State Court Action on or about June 19, 2020. A true and correct copy of the Petition is attached hereto as Exhibit "A."

2. Defendants, Cory Henkel, and Boyer Livestock Trucking, LLC, have filed no responsive pleadings in the State Court Action prior to filing this Notice of Removal.

3. Defendant Boyer Livestock Trucking, LLC ("BLT") is an Illinois Corporation with its principal place of business in Leaf River, Illinois 61047. All member of BLT are citizens of the state of Illinois.

4. Defendant Cory Henkel ("Henkel") is a resident of the State of Illinois.

5. The Petition alleged Plaintiff is a resident of Polk County, Iowa.

6. On or about March 3, 2021, Plaintiff served a copy of the Petition in the State Court Action on BLT. This constitutes the only "process, pleadings and orders" in the State Court Action of which Defendants are aware. *See* 28 U.S.C. § 1446(a).

7. As of the date of this filing Henkel has not been served with a copy of the Petition.

8. The Petition alleged Defendants should be held liable for Plaintiff's personal injuries on a negligence theory of liability. The Petition itself prays for relief of monetary damages for personal injuries sustained as a result of a motor vehicle accident that happened in Polk County, Iowa. Plaintiff seeks recovery on behalf of herself as well as her minor children.

9. This Court has original jurisdiction over the State Court Action under federal diversity jurisdiction, 28 U.S.C. § 1332, which provides, in relevant part, that:

    > [t]he district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
    >
    > (1) citizens of different States.
    >
    > - 28 U.S.C. § 1332(a)(1).

10. Plaintiff is diverse from BLT because Plaintiff is a resident of Iowa, while BLT is an Illinois Corporation with its principal places of business in Leaf River, Illinois.

11. Plaintiff is diverse from Henkel because Plaintiff is a resident of Iowa, while Henkel is a resident of Illinois.

12. Prior to filing suit Plaintiff submitted a demand substantially in excess of $75,000 which Defendants declined; accordingly, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

13. Defendants' removal of the State Court Action is timely.

14. A copy of this Notice of Removal is being filed with the Clerk of the District Court of Polk County, Iowa, and is being served on Plaintiff. *See* 28 U.S.C. §§ 1446(a) & (d). The District Court of Polk County, Iowa is located within this District.

**WHEREFORE**, Defendants, Cory Henkel and Boyer Livestock Trucking, LLC, hereby remove this case from the District Court of Polk County, Iowa where it is now pending, to this Court, and respectfully request that this Court assume full jurisdiction of this action, and

henceforth place this action upon the docket of the Court for further proceedings.

                                           CORY HENKEL and BOYER LIVESTOCK TRUCKING, LLC, Defendants,

By: /s/ Michael L. Moran
    Michael L. Moran, #AT0009785
    ENGLES, KETCHAM, OLSON & KEITH, P.C.
    1700 Farnam Street
    1350 Woodmen Tower
    Omaha, Iowa 68102
    (402) 348-0900  Fax (402) 348-0904
    mmoran@ekoklaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory W. Landry, #AT0004579
McCARTHY & HAMROCK, P.C.
1200 Valley West Drive, Suite 400
West Des Moines, IA 50266
Work: (515) 279-9700
Fax: (515) 279-8355
gregory@mccarthyandhamrock.com
**Attorney for Plaintiff**

                                                /s/Michael L. Moran