## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| MELISSA MULLIN MONTANO, individually, and on behalf of her minor children, A.L.M., D.J.G., L.A.G., and D.J.W., minors,<br><br>Plaintiff,<br><br>Vs.<br><br>CORY HENKEL AND BOYER LIVESTOCK TRUCKING, LLC,<br><br>Defendants. | CASE NO. _____<br><br><br>PETITION AT LAW AND JURY DEMAND |

COMES NOW the Plaintiff, Melissa Mullin Montano (hereinafter referred to as "Montano"), by and through the undersigned counsel, and for her causes of action, respectfully states as follows:

### PARTIES AND VENUE

1. Montano is an individual and a resident of Polk County, Iowa.

2. Montano is the mother, next friend and legal guardian of A.L.M., D.J.G., L.A.G. and D.J.W., minors

3. Defendant, Cory Henkel (hereinafter referred to as "Henkel"), is an individual and, on information and belief, lives at 1893 St. Mary Road, Sublette, Illinois 61367.

4. Defendant, Boyer Livestock Trucking, LLC (hereinafter referred to as "Boyer Livestock"), at all times material hereto, was an Illinois Corporation with its principal place of business located at 4343 Sumner Road, Leaf River, Illinois 61047.

5. The Iowa District Court in and for Polk County is the proper venue pursuant to Iowa Code § 616.18 for this action because it is the County in which the subject accident occurred and exceeds the jurisdictional minimum.

### BACKGROUND

6. On or about March 15, 2019, Henkel was operating a semi-tractor trailer owned by Boyer Livestock.

**EXHIBIT A**

7. On the date and time aforementioned, Henkel was driving the semi-tractor trailer with the consent and permission of Boyer Livestock.

8. At the time and place aforementioned, Henkel exited I-235 in Des Moines and turned south onto East 15th, rather than E 14th Street.  As a result, Henkel was operating his vehicle the wrong way on a one way street, East 15th.

9. While operating his vehicle the wrong way on Northbound East 15th, Henkel made a decision to turn West on Grand.

10. When Henkel turned West on Grand, he failed to stop to ensure there was no westbound traffic.

11. When Henkel turned West on Grand, he failed to yield the right of way to Montano, who was proceeding West on Grand.

12. Henkel pulled in front of Montano going the wrong way on a one way street, causing Montano to collide with his semi-tractor trailer.

13. After the collision, Henkel attempted to leave the scene of the accident.

**NEGLIEGENCE OF DEFENDANTS HENKEL AND BOYER LIVESTOCK**

14. Montano repeats and realleges paragraphs 1 through 13 as if set out in full herein.

15. The negligence of Henkel and Boyer Livestock was a proximate cause of the injuries and damages of Montano.

16. Henkel and Boyer Livestock were negligent in one or more of the following particulars:

    a. in failing to keep a proper lookout;

    b. in traveling the wrong way on a one way street; and,

    c. in failing to yield the right of way to Montano.

17. Boyer Livestock is the owner of the vehicle driven by Henkel and is vicariously liable under Iowa Code § 321.493.

18. That as a proximate cause of the negligence of Henkel and Boyer Livestock, Montano suffered the following injuries and damages:

   a. Past and future medical expenses;

   b. Past and future loss of earning capacity;

   c. Past and future loss of full mind and body;

   d. Past and future physical and mental pain and suffering;

   e. Permanent injury;

   f. Property damage and loss of use of Montano's vehicle; and,

   g. Past and future disfigurement.

19. That as a proximate cause of the negligence of Henkel and Boyer Livestock, A.L.M., D.J.G., L.A.G. and D.J.W. have suffered the loss of consortium, society and support of Montano.

20. Plaintiffs request a jury trial.

WHEREFORE, Montano respectfully seeks just and reasonable compensation, together with interest at the maximum rate allowed by the law, and the cost of this action, against Defendants, Henkel and Boyer Livestock.

Original Filed Electronically.                     RESPECTFULLY SUBMITTED:

                                                   _____/s/Gregory W. Landry_____
                                                   Gregory W. Landry (AT0004579)
                                                   McCARTHY & HAMROCK, P.C.
                                                   1200 Valley West Drive, Ste. 400
                                                   West Des Moines, IA 50266
                                                   Tel. No. 515/279-9700
                                                   Facsimile No. 515/279-8355
                                                   gregory@mccarthyandhamrock.com
                                                   ATTORNEY FOR PLAINTIFF.